BWW#: VA-330195

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTER DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: | Case No. 17-34738-KRH |
| ALVIN D. KELLEY | |
| AKA ALVIN DANIEL KELLEY | |
| Debtors | Chapter 13 |

## **RESPONSE TO DEBTORS' OBJECTION TO PROOF OF CLAIM 6-1**

COMES NOW, Wells Fargo Bank, N.A., ("Respondent"), by and through counsel, and responds to Debtors' Objection to Proof of Claim (the "Objection") as follows:

1. Respondent is a mortgage lender/servicer.

2. Respondent filed Proof of Claim number 6-1 ("Claim 6-1") on November 13, 2017, listing a total secured debt in the amount of $130,546.28, and pre-petition arrears of $3,588.30.

3. The deadline to file Proofs of Claim was February 7. 2018.

4. On or about February 21, 2018, the Joint Debtor, Lisa M. Kelley aka Lisa Maria Kelley, was dismissed from this case.

5. Lisa M. Kelley, is sole obligor under the Note and Deed of Trust securing Claim 6-1.

6. The Respondent does not oppose the Debtor's objection to Claim 6-1 and is preparing to withdraw its filed Proof of Claim.

WHEREFORE, the Respondent prays that this Court will afford the Respondent the opportunity to timely withdraw its filed Proof of Claim.

_____
Karl Anthony Moses, Jr., VSB# 89433
8100 Three Chopt Rd., Suite 240
Richmond, VA 23229
(804) 282-0463 (phone)
(804) 282-0541 (facsimile)
*Attorney for the Respondent*

Dated: January 22, 2019            Respectfully Submitted,
                                   BWW Law Group, LLC


                        /s/ *Karl Anthony Moses, Jr.*
                        Karl A. Moses, Jr., VSB# 89433
                        BWW Law Group, LLC
                        8100 Three Chopt Rd., Suite 240
                        Richmond, VA 23229
                        (804) 282-0463
                        (804) 282-0541 (facsimile)
                        bankruptcy@bww-law.com
                        *Attorney for the Respondent*


## CERTIFICATE OF SERVICE

I certify that on this 22nd of January, 2019, the following person(s) were or will be served a copy of the foregoing Response to Objection to Proof of Claim via the CM/ECF system or by first class mail, postage prepaid:

Carl M. Bates
P.O. Box 1819
Richmond, VA 23218

Richard C. Pecoraro
1700 Huguenot Rd., Suite B4
Midlothian, VA 23113

Alvin D. Kelley
4606 Hero Court
Petersburg, VA 23803


                        */s/Karl Anthony Moses, Jr.*
                        Karl A. Moses, Jr.