**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISCTRICT OF VIRGINIA**

Richmond Division

Case No. 17-34738-KRH

IN RE:
ALVIN D. KELLEY
AKA ALVIN DANIEL KELLEY
Debtor

Chapter 13

---

# WITHDRAWAL OF PROOF OF CLAIM (CLAIM 6-1)

COMES NOW, Wells Fargo Bank, N.A., (the "Creditor"), by and through counsel, and hereby withdraws Claim 6-1, filed on November 13, 2017. The claim is no longer included in the bankruptcy estate.

Dated: January 22, 2019

Respectfully Submitted
BWW Law Group, LLC

_/s/Karl Anthony Moses, Jr._
Karl A. Moses, Jr., VSB# 89433
BWW Law Group, LLC
8100 Three Chopt Road, Suite 240
Richmond, VA 23229
(804)        282-0463
(804) 282-0541 (facsimile)
bankruptcy@bww-law.com
Attorney for the Movant

_____

Karl A. Moses Jr, VSB# 89433
8100 Three Chopt Road
Suite 240
Richmond, VA 23229
(804) 282-0463
Attorney for the Creditor

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of January, 2019, the following persons were or will be served a copy of the foregoing Withdrawal of Proof of Claim electronically via the CM/ECF system or by first class mail postage prepaid:

Carl M. Bates
PO Box 1819
Richmond, VA 23218

Richard C. Pecoraro
1700 Huguenot Rd., Suite B4
Midlothian, VA 23113

Alvin D. Kelley aka Alvin Daniel Kelley
4606 Hero Court
Petersburg, VA 23803

                                                                        */s/Karl Anthony Moses, Jr.*
                                                                         Karl Anthony Moses, Jr.