# UNIT[1]ED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

**In re:**

    **Alvin D. Kelley**                                                  **Case No. 17-34738-KRH**
    4606 Hero Court
    Petersburg, VA 23803
    SSN / ITIN: xxx-xx-6185                          **Chapter 13**

    Debtor.

## ORDER RESOLVING DEBTOR'S OBJECTION TO CLAIMS

This matter having come before the Court on the Objection filed by the debtor, Alvin D. Kelley's, (the "Debtor") to the following proofs of claim: 1) **claim #14**, Cavalry SPV I, LLC – Assignee of Capital One, N.A. ("**POC 14**"); 2) **claim #13**, Quantum3 Group LLC as agent for MOMA Funding LLC, Peebles ("**POC 13**"); 3) **claim #11**, Quantum3 Group LLC as agent for Department Stores National Bank – Macy's, in this bankruptcy case ("**POC 11**"); and 4) **claim #6**, filed by Wells Fargo Bank, N.A., c/o Wells Fargo Bank, N.A as servicer ("**POC 6**"), requesting, that the claims be disallowed; and it appearing that due and proper notice and service of the Objection was good and sufficient and that no other or further notice or service of the Objection need be given, and no requests for a hearing or objection to the Debtors' objection to the allowance of the claim having been made; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein,

    IT IS HEREBY ORDERED ADJUDGED AND DECREED AS FOLLOWS:

1. The Objection is Granted in part and Moot in part as further detailed below.

2. **POC 14** was withdrawn by the creditor; and the Objection is moot.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Richard C. Pecoraro, VSB# 48650
Rich Law, PLC
1700 Huguenot Road, Suite B4
Midlothian, VA 23113
(804) 464-3066
Fax: (804) 464-3044
www.richlawrva.com
              Counsel for Debtors

3. **POC 6** was withdrawn by the creditor; and the Objection is moot.

4. **POC 11** is hereby disallowed for all purposes in this case.

5. **POC 13** is hereby disallowed for all purposes in this case.

6. It is further ORDERED that the Clerk is to forward this Order to all on the attached Service List attached hereto.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: Feb 6 2019

/s/ Kevin R Huennekens
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER

Entered On Docket: Feb 7 2019

I ask for this:

/s/Richard C. Pecoraro
Richard C. Pecoraro, VSB# 48650
Rich Law, PLC
1700 Huguenot Road, Suite B4
Midlothian, VA  23113
(804) 464-3066
Fax: (804) 464-3044
Email:  rich@richlawrva.com
    Counsel for Debtor

**CERTIFICATION**

Pursuant to Local Rule 9022-1(C), I hereby certify that a true copy of the foregoing order has been either endorsed by all necessary parties and/or was served via electronic mail or mailed via first class mail, postage pre-paid, to all necessary parties set forth in the certificate of service filed with the Objection.

By: /s/ Richard C. Pecoraro
Richard C. Pecoraro, VSB# 48650
Counsel for Debtor

**Service List**

Rich Law, PLC
1700 Huguenot Road, Suite B4
Midlothian, VA  23113

Carl M. Bates
Chapter 13 Trustee
P.O. Box 1819
Richmond, VA 23218

Cavalry SPV I, LLC
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Ste 200
Tucson, AZ  85712

Quantum3 Group LLC
agent for MOMA Funding LLC
P.O. Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC
agent for Department Stores National Bank
Macy's
P.O. box 657
Kirkland, WA  98083-0657

Wells Fargo Bank, N.A.
Default Document Processing
N9286-01Y
1000 Blue Gentian Road
Eagan, MN 5512-7720

Wells Fargo Bank, NA
c/o Timothy J. Sloan, President/CEO
464 California Street
San Francisco, CA 94104